UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:
)
Chad David Berry ) Case No. 12-41541-7 JMK
)
Debtor(s) )
_____ )

# UNITED STATES TRUSTEE'S MOTION TO DISMISS

**COMES NOW**, the United States Trustee and respectfully requests the Court to dismiss this proceeding. In support whereof, the United States Trustee states:

1. The Debtor filed a petition for relief under Chapter 7 of title 11, 11 U.S.C. §101, *et seq.*, on September 24, 2012.

2. The 11 U.S.C. § 341 meeting is set for October 29, 2012 at 9:30 AM.

3. This motion is timely filed pursuant to Fed.R.Bankr.P. 4004(a).

4. Debtor previously filed a chapter 7 on October 12, 2004, case number 04-42842. A discharge was granted on March 17, 2005.

5. Debtor did disclose the previously-filed bankruptcy on page 2 of the voluntary petition.

6. Section 727, 11 U.S.C. § 727(a)(8), provides that the Court shall deny discharge if "the debtor has been granted a discharge under this section . . . . in a case commenced within 8 years before the date of the filing of the petition."

7. Since the Debtor is prevented from receiving a discharge at this time, the case should be dismissed pursuant to 11 U.S.C. § 707(a) and 11 U.S.C. §105(a) to avoid abuse of the bankruptcy process.

**WHEREFORE**, the United States Trustee request that the case be dismissed pursuant to 11 U.S.C. § 727(a)(8) and granting such other and further relief as the Court deems just and proper.

RICHARD A. WIELAND
United States Trustee

BY s/ *Joseph A. DiPietro*
Joseph A. DiPietro
Trial Attorney
Kan. Fed. Bar. No. AR98004
Office of the United States Trustee
301 North Main, Suite 1150
Wichita, Kansas 67202
joseph.a.dipietro@usdoj.gov
tel: 316-269-6214
fax: 316-269-6182

**CERTIFICATE OF MAILING**

I hereby certify that on October 1, 2012, a true and correct copy of the Motion to Dismiss was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of the Motion to Dismiss were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Chad David Berry
1305 NE Winfield
Topeka, KS    66616

BY s/ *Joseph A. DiPietro*
Joseph A. DiPietro