**SO ORDERED.**

**SIGNED this 2nd day of October, 2012.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: )
)
Chad David Berry ) Case No. 12-41541-7 JMK
)
)
Debtor(s) )
_____

# AGREED ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the United States Trustee's Motion to dismiss. Joseph A. DiPietro appears for the United States Trustee. Terry E. Beck appears for the Debtor.

The Court finds that the debtor is not eligible for a discharge under 11 U.S.C. § 727(a)(8) in this case.

According to the Disclosure of Compensation of Attorney filed in this case, Mr. Beck agreed to accept $900 for legal services through the Hyatt Legal Plan, plus $306 filing fee, for a total of $1,206. The $306 filing fee was paid by the Debtor.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
CHAD DAVID BERRY 12-41541-C JMK
AGREED ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS
October 2, 2012

In order to resolve the pending Motion, Mr. Beck has agreed to either: (a) refund the $306 to the Debtor and waive the $900 legal fee in present case; or in the alternative, (b) waive the filing fee in a subsequent bankruptcy case on behalf of the Debtor.

After hearing statements of counsel and review of the file the Court finds that the motion to dismiss this bankruptcy proceeding is granted without prejudice.

**IT IS SO ORDERED.**

###

SUBMITTED BY:

RICHARD A. WIELAND
United States Trustee


BY s/ *Joseph A. DiPietro*
Joseph A. DiPietro
Trial Attorney
Office of the United States Trustee
301 North Main, Suite 1150
Wichita, Kansas 67202
joseph.a.dipietro@usdoj.gov
tel: 316-269-6214
fax: 316-269-6182
Kan. Fed. Bar. No. AR98004


By: s/ *Terry E. Beck*
Terry E. Beck
434 SW Topeka Blvd
Topeka, KS    66603-3152
beckesq@swbell.net
785-235-3415